IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BARRON WALKER,** | : | |
|     Petitioner | : | |
| | : | No. 1:07-cr-00263-2 |
| v. | : | |
| | : | (Judge Kane) |
| **UNITED STATES OF AMERICA,** | : | |
|     Respondent | : | |

## ORDER

**AND NOW**, on this 16th day of March 2021, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. Nos. 391, 447) is **DENIED**;

2. A certificate of appealability **SHALL NOT ISSUE**; and

3. The Clerk of Court is directed to **CLOSE** civil case number 16-cv-816.

                                                    s/ Yvette Kane
                                                  Yvette Kane, District Judge
                                                  United States District Court
                                                  Middle District of Pennsylvania